# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3A

**Case #:** 3:22-mj-2126  **Date:** July 18, 2022

United States of America  vs.  Mark Thomas Reno

**Present before:** Honorable Jill McCook, United States Magistrate Judge

| Mallory Dahl | ECRO | Travis Worthington |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Casey Arrowood | Sarah Olesiuk | |
|---|---|---|
| **Asst. U.S. Atty** | **Attorney(s) for Defendant(s)** | **Attorney(s) for Defendant(s) Contd.** |

**Proceedings:** Parties present for an initial appearance on a criminal complaint.

- [✓] Defendant sworn.
- [✓] Defendant requested appointment of counsel and submitted financial affidavit.
- [✓] Court approved financial affidavit and appointed counsel
- [ ] Defendant present with retained counsel.
- [✓] Government requested detention of the defendant:
    - [ ] Defendant waived and reserved the right to a detention hearing.
    - [✓] Defendant requested detention hearing.
        - [✓] Detention hearing set.  [ ] Detention hearing held.
- [ ] Parties agreed to conditions on which the defendant could be released.
- [✓] Defendant requested a preliminary hearing
    - [ ] Preliminary hearing held.  [✓] Preliminary hearing set.
- [ ] Defendant waived and reserved right to a preliminary hearing.
- [✓] Case under seal as to defendant(s):
    - [X] Unsealed upon granting of motion by AUSA.  [ ] To remain under seal.

**Dates set at this hearing:**

- [✓] **Detention Hearing:** 7/21/2022 at 11:00 a.m. before USMJ McCook
- [✓] **Preliminary Hearing:** 7/29/2022 at 10:00 a.m. before USMJ McCook
- [ ] **Arraignment Hearing:**
- [ ] **Other Hearing:**

[✓] Defendant remanded to custody.  [ ] Defendant released on Order Setting Conditions of Release.

**Time:** 2:30 p.m.  2:45 p.m.

(●) I, Mallory Dahl, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_ 322mj2126 _ 071822 _

Case 3:22-mj-02126-JEM   Document 5   Filed 07/18/22   Page 1 of 1   PageID #: 12